# AMENDED

# EXHIBIT 6.A

*Revised Budget*
*with InterNex*
*DIP Facility*

**SUMMARY CASH FLOW PROJECTIONS**

# PHOENIX PRESS

**CONFIDENTIAL**

| *Period from July 13 to October 11, 2026* | Week 1 13-Jul | Week 2 20-Jul | Week 3 27-Jul | Week 4 3-Aug | Week 5 10-Aug | Week 6 17-Aug | Week 7 24-Aug | Week 8 31-Aug | Week 9 7-Sep | Week 10 14-Sep | Week 11 21-Sep | Week 12 28-Sep | Week 13 5-Oct | 13-WEEK TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH RECEIPTS** | | | | | | | | | | | | | | |
| Existing A/R - Phoenix | $ 82,461 | $ 238,085 | $ 1,183,061 | $ 437,148 | $ 315,835 | $ 318,841 | $ 94,804 | $ 166,340 | $ 9,368 | $ 151,433 | $ 72,228 | $ 15,899 | $ 6,184 | $ 3,091,687 |
| Projected A/R - Phoenix | - | - | 30,000 | - | 224,467 | 48,517 | 219,762 | 478,563 | 273,815 | 201,340 | 387,534 | 648,764 | 156,231 | 2,668,993 |
| Existing A/R - TLC | 113,370 | 79,906 | 43,285 | 154,888 | 10,188 | 115,584 | - | 54,276 | - | 35,807 | - | 91,144 | - | 698,448 |
| Amplified CC Receipts | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 39,000 |
| Rental Income - Sublease | - | - | - | 12,000 | - | - | - | 12,000 | - | - | - | 12,000 | - | 36,000 |
| Postage Reimbursement | 10,000 | 10,000 | 69,463 | 96,909 | 62,972 | 103,000 | 60,972 | 120,000 | 58,000 | 103,000 | 60,972 | 120,000 | 58,000 | 933,288 |
| Other - Released Garnishment | 185,000 | - | - | - | - | - | - | - | - | - | - | - | - | 185,000 |
| Total Cash Receipts | $ 393,832 | $ 330,991 | $ 1,328,810 | $ 703,945 | $ 616,461 | $ 588,942 | $ 378,537 | $ 834,179 | $ 344,183 | $ 494,580 | $ 523,734 | $ 890,806 | $ 223,415 | $ 7,652,415 |
| **CASH DISBURSEMENTS** | | | | | | | | | | | | | | |
| Pre-Petition A/P | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Projected COD A/P | 319,154 | 261,154 | 116,154 | 66,154 | 81,154 | 246,154 | 91,154 | 111,154 | 104,385 | 161,154 | 181,154 | 151,154 | 101,154 | 1,991,231 |
| Payroll Expense | 65,865 | 27,083 | 406,425 | 27,083 | 301,241 | 27,083 | 60,825 | 282,442 | 84,366 | 238,541 | 84,366 | 276,874 | 24,091 | 1,906,283 |
| Postage & Shipping | 69,463 | 98,842 | 63,572 | 103,000 | 60,972 | 122,000 | 58,600 | 103,000 | 60,972 | 122,000 | 58,600 | 58,000 | 58,000 | 1,037,021 |
| Post-Petition Lease Pmts | - | - | 201,781 | - | - | - | - | 201,781 | - | - | - | 201,781 | - | 605,343 |
| Facility Costs | 5,000 | 26,823 | 156,825 | 21,000 | 12,000 | 19,823 | 100,475 | 107,373 | 11,000 | 20,823 | 55,475 | 112,373 | 11,000 | 659,990 |
| Insurance Premiums | - | 147,966 | - | 17,000 | 110,000 | 16,000 | - | 17,000 | 108,000 | 16,000 | - | - | 17,000 | 448,966 |
| Professional Fees | - | - | - | 115,000 | - | - | - | 115,000 | - | - | - | 115,000 | - | 345,000 |
| Adequate Protection Payments | 1,387 | 1,695 | 2,865 | 82,708 | 1,706 | 1,301 | 958 | 57,005 | 22,177 | 1,685 | 1,165 | 2,770 | 80,491 | 257,913 |
| Other Disbursements | 1,450 | 1,450 | 7,450 | 5,450 | 1,450 | 1,450 | 7,450 | 5,450 | 1,450 | 1,450 | 7,450 | 5,450 | 1,450 | 48,850 |
| Total Cash Disbursements | $ 462,319 | $ 565,013 | $ 955,072 | $ 437,394 | $ 568,522 | $ 433,811 | $ 319,462 | $ 1,000,205 | $ 392,349 | $ 561,652 | $ 388,210 | $ 923,402 | $ 293,186 | $ 7,300,596 |
| **NET OPERATING CASH FLOW** | $ (68,487) | $ (234,021) | $ 373,738 | $ 266,551 | $ 47,939 | $ 155,131 | $ 59,075 | $ (166,026) | $ (48,166) | $ (67,072) | $ 135,524 | $ (32,595) | $ (69,771) | $ 351,819 |
| *Cumulative Cash Flow* | *(68,487)* | *(302,508)* | *71,230* | *337,780* | *385,720* | *540,850* | *599,926* | *433,900* | *385,734* | *318,661* | *454,185* | *421,590* | *351,819* | |
| *NEW SALES INVOICING* | *$ 247,300* | *$ 406,266* | *$ 1,057,682* | *$ 103,250* | *$ 112,500* | *$ 214,664* | *$ 962,155* | *$ 324,800* | *$ 291,000* | *$ 224,664* | *$ 830,304* | *$ 677,250* | *$ 141,800* | *$ 5,593,635* |
| **INTERNEX LINE OF CREDIT USAGE** | | | | | | | | | | | | | | |
| Beginning Balance | $ 1,942,492 | $ 2,010,979 | $ 2,245,000 | $ 1,871,262 | $ 1,604,712 | $ 1,556,772 | $ 1,401,642 | $ 1,342,566 | $ 1,508,592 | $ 1,556,758 | $ 1,623,831 | $ 1,488,307 | $ 1,520,902 | $ 1,942,492 |
| Less: Cash Receipts | (393,832) | (330,991) | (1,328,810) | (703,945) | (616,461) | (588,942) | (378,537) | (834,179) | (344,183) | (494,580) | (523,734) | (890,806) | (223,415) | (7,652,415) |
| Plus: Cash Disb. / Draws | 462,319 | 565,013 | 955,072 | 437,394 | 568,522 | 433,811 | 319,462 | 1,000,205 | 392,349 | 561,652 | 388,210 | 923,402 | 293,186 | 7,300,596 |
| Less: Supplemental DIP Funding | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Ending LOC Balance | 2,010,979 | 2,245,000 | 1,871,262 | 1,604,712 | 1,556,772 | 1,401,642 | 1,342,566 | 1,508,592 | 1,556,758 | 1,623,831 | 1,488,307 | 1,520,902 | 1,590,673 | 1,590,673 |
| Ending Collateral Availability * | 2,287,239 | 2,364,787 | 2,259,971 | 1,925,631 | 1,729,565 | 1,516,923 | 2,175,540 | 1,878,351 | 1,929,829 | 1,797,547 | 2,142,051 | 2,127,709 | 2,201,172 | |
| Flex Borrowing Availability | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | |
| LOC Collateral Excess/(Deficit) | $ 776,260 | $ 619,787 | $ 888,709 | $ 820,919 | $ 672,793 | $ 615,281 | $ 1,332,974 | $ 869,759 | $ 873,070 | $ 673,717 | $ 1,153,745 | $ 1,106,807 | $ 1,110,499 | |
| **CASH BALANCE** | | | | | | | | | | | | | | |
| Beginning Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Plus Internex Draws | 462,319 | 565,013 | 955,072 | 437,394 | 568,522 | 433,811 | 319,462 | 1,000,205 | 392,349 | 561,652 | 388,210 | 923,402 | 293,186 | 7,300,596 |
| Less: Disbursements | (462,319) | (565,013) | (955,072) | (437,394) | (568,522) | (433,811) | (319,462) | (1,000,205) | (392,349) | (561,652) | (388,210) | (923,402) | (293,186) | (7,300,596) |
| Ending Cash Balance | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

** Does not include inventory value. $698,448 of receivables from recently dissolved TLC division are collected and not replenished over the period.*

*Note: US Trustee fees incurred during the quarter and payable in October:* $ 29,202

*7/17/2026*