**Fill in this information to identify the case:**

Debtor name **Phoenix Press, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN

Case number (if known) **26-47856**

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

3.1 **Nonpriority creditor's name and mailing address**
**3M Promotional Markets**
**P.O BOX 844608**
**Dallas, TX 75284-4608**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$332.00**

3.2 **Nonpriority creditor's name and mailing address**
**3RD GEN Restoration LLC**
**320 McFall Street**
**Benton, IL 62812**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$2,105.00**

3.3 **Nonpriority creditor's name and mailing address**
**4AllPromos**
**50 West Avenue**
**Essex, CT 06426**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$43,728.00**

3.4 **Nonpriority creditor's name and mailing address**
**ABEL Electronics Inc.**
**27201 Harper Avenue**
**Saint Clair Shores, MI 48081**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

| | | | |
|---|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**AC'S Lawncare, LLC**<br>**1058 W 600 N**<br>**Anderson, IN 46011**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,850.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**AccuData Integrated Marketing (Deepsync)**<br>**6720 108th Ave NE**<br>**Kirkland, WA 98033**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$27,546.00** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Achenbach Services**<br>**8830 New Heritage Court**<br>**Indianapolis, IN 46239**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,459.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Add-Jet Technologies LLC**<br>**11502 Turnstone Lane**<br>**Concord, OH 44077**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,822.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Addressers**<br>**15700 Texaco Ave**<br>**Paramount, CA 90723**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,753.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**ADP, Inc**<br>**PO Box 842875**<br>**Boston, MA 02284**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$829.00** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Adstra, LLC**<br>**750 College Road East, Ste 201**<br>**Princeton, NJ 08540**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,249.00** |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Advanced Response Systems**<br>**13175 George Weber Drive**<br>**Rogers, MN 55374-8900**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$211,927.00** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Akers Packaging (Formerly Hoosier Contai**<br>**1001 Indiana Avenue**<br>**Richmond, IN 47375-0546**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,257.00** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Allegiance List Marketing, LLC**<br>**15 Norht King Street Suite 302**<br>**Leesburg, VA 20175**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,407.00** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**Allied Telecom Group, LLC**<br>**1400 Crystal Drive Suite 700**<br>**Arlington, VA 22202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,465.00** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**AM Solutions**<br>**100 Interstate Blvd**<br>**Edgerton, WI 53534**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$44,192.00** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Ambrose Solutions**<br>**2285 Franklin Rd, Ste 222**<br>**Bloomfield Hills, MI 48302**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$36,279.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**American Roller Company, LLC**<br>**PO Box 7536**<br>**Carol Stream, IL 60197-7536**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,356.00** |

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
| --- | --- | --- | --- |
| 3.19 | **Andersen Material Handling**<br>**P.O. Box 675405**<br>**Detroit, MI 48267-5405**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,439.00** |
| 3.20 | **Anderson Broadway Street , LLC**<br>**5915 N College Ave**<br>**Indianapolis, IN 46220**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$62,500.00** |
| 3.21 | **Anderson City Utilities**<br>**PO Box 2100**<br>**Anderson, IN 46018-2100**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,642.00** |
| 3.22 | **Apex Strategies**<br>**1300 17th Street N, Suite 850**<br>**Arlington, VA 22209**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,215.00** |
| 3.23 | **Aristotle Int Inc**<br>**205 Pennsylvania Ave Se**<br>**Washington, DC 20003**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,677.00** |
| 3.24 | **Asi-Advertising Specialty Institute**<br>**PO Box 15017**<br>**Wilmington, DE 19886-5017**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$226.00** |
| 3.25 | **AT Retirement Services, LLC**<br>**1251 Waterfront Place, Suite 510**<br>**Pittsburgh, PA 15222**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,545.00** |

3.26 **Nonpriority creditor's name and mailing address**
**Backflow Prevention Services**
**10555 Appomattox St**
**Holly, MI 48442**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$510.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.27 **Nonpriority creditor's name and mailing address**
**Baesman Group Inc**
**4477 Reynolds Drive**
**Hilliard, OH 43026**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$79,780.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.28 **Nonpriority creditor's name and mailing address**
**Bag Makers Inc**
**6606 S. Union Rd**
**Union, IL 60180**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,424.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.29 **Nonpriority creditor's name and mailing address**
**BCC Software LLC (Bell & Howell)**
**PO Box 1174**
**Buffalo, NY 14240**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,161.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.30 **Nonpriority creditor's name and mailing address**
**Beacon Hill Staffing Group, LLC**
**Box 846193**
**Boston, MA 02284-6193**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$8,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.31 **Nonpriority creditor's name and mailing address**
**Becky's Die Cutting, Inc.**
**701 Sherman Blvd**
**Fort Wayne, IN 46808**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,342.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.32 **Nonpriority creditor's name and mailing address**
**Belardi Wong**
**PO BOX 5173**
**New York, NY 10087-5173**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,467.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.33 | **Bell & Howell**<br>**3791 S Alston Ave**<br>**Durham, NC 27713**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$78,679.00** |
| 3.34 | **Bell & Howell**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.35 | **Best Graphics Inc.**<br>**N17W24340 Riverwood Drive**<br>**Waukesha, WI 53188**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,435.00** |
| 3.36 | **Best Way Disposal**<br>**P.O.Box 421669**<br>**Anderson, IN 46013**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$950.00** |
| 3.37 | **BraveSoftTech, Inc.**<br>**301 E. Liberty Street**<br>**Ann Arbor, MI 48104**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$36,700.00** |
| 3.38 | **C & W Graphic Finishing, Inc.**<br>**6300 Brookville Road**<br>**Indianapolis, IN 46219**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,609.00** |
| 3.39 | **Canon Financial Services**<br>**14904 Collections Center Drive**<br>**Chicago, IL 60693-0149**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Equipment leases<br>Is the claim subject to offset? ■ No ☐ Yes | **$643,448.00** |

3.40 **Nonpriority creditor's name and mailing address**
**Canon U.S.A, Inc.**
**One Canon Park**
**Melville, NY 11747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$841,959.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.41 **Nonpriority creditor's name and mailing address**
**Capital Machinery**
**P.O.Box 330**
**Pendleton, IN 46064**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,417.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.42 **Nonpriority creditor's name and mailing address**
**Capitol Consultants, Inc.**
**One Canon Park**
**Melville, NY 11747**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,977.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.43 **Nonpriority creditor's name and mailing address**
**Carta Finishing**
**15085 East 11 Mile Road**
**Roseville, MI 48066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$469.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.44 **Nonpriority creditor's name and mailing address**
**Casa Del Mar**
**655 Lenfest Road**
**San Jose, CA 95133**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,259.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.45 **Nonpriority creditor's name and mailing address**
**Case Paper Co, Inc.**
**900 W. 45th St.**
**Chicago, IL 60609**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$88,448.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.46 **Nonpriority creditor's name and mailing address**
**Catholic Book Publishing Corp.**
**77 West End Road**
**Totowa, NJ 07512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$37,330.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address**<br>**Cavalier Lists**<br>**9815 Sam Furr Road, Suite J# 244**<br>**Huntersville, NC 28078**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,458.00** |
| 3.48 | **Nonpriority creditor's name and mailing address**<br>**CBIZ, Inc.**<br>**PO Box 95000-2288**<br>**Philadelphia, PA 19195-0001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$109,126.00** |
| 3.49 | **Nonpriority creditor's name and mailing address**<br>**Cenveo Worldwide Limited**<br>**100 First Stamford Place, Suite 300**<br>**Stamford, CT 06902**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$29,193.00** |
| 3.50 | **Nonpriority creditor's name and mailing address**<br>**CertaSite, LLC**<br>**PO Box 772443**<br>**Detroit, MI 48277-2443**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$376.00** |
| 3.51 | **Nonpriority creditor's name and mailing address**<br>**Chase Card Services**<br>**Cardmember Services PO Box 1423**<br>**Charlotte, NC 28201**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$63,026.00** |
| 3.52 | **Nonpriority creditor's name and mailing address**<br>**Checkmk GmbH**<br>**Kellerstr. 27**<br>**81667 Munich**<br>**GERMANY**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,430.00** |
| 3.53 | **Nonpriority creditor's name and mailing address**<br>**Cintas First Aid & Safety**<br>**P.O. Box 631025**<br>**Cincinnati, OH 45263-1025**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,976.00** |

**3.54** **Nonpriority creditor's name and mailing address**
**City Of Troy - Water**
**Po Box 554743**
**Detroit, MI 48255-4743**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,241.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.55** **Nonpriority creditor's name and mailing address**
**Colton, Seth**
**208 Chamblee Blvd.**
**Greenville, SC 29615**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ■ Yes

**3.56** **Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,204.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.57** **Nonpriority creditor's name and mailing address**
**Concentra Medical Centers**
**Po Box 5106**
**Southfield, MI 48086-5106**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$169.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.58** **Nonpriority creditor's name and mailing address**
**Constellation NewEnergy, Inc.**
**P.O. Box 4640**
**Carol Stream, IL 60197-4640**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,507.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.59** **Nonpriority creditor's name and mailing address**
**CONSUMERS ENERGY**
**P.O. Box 740309**
**Cincinnati, OH 45274-0309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$395.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.60** **Nonpriority creditor's name and mailing address**
**Continental Carton & Packaging, Inc.**
**Po Box 46639**
**Mount Clemens, MI 48046**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$15,681.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.61 | Nonpriority creditor's name and mailing address<br>**CS Kern Inc.<br>3401 S. Hamilton Ave<br>Muncie, IN 47302**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,740.00** |
| 3.62 | Nonpriority creditor's name and mailing address<br>**Culligan Water Condition<br>P.O. Box 2517<br>Anderson, IN 46018-2517**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$402.00** |
| 3.63 | Nonpriority creditor's name and mailing address<br>**D & H Window Cleaning, Inc.<br>42392 Mound<br>Sterling Heights, MI 48314**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$380.00** |
| 3.64 | Nonpriority creditor's name and mailing address<br>**Data Axle<br>13155 Noel Rd, Suite 1750<br>Dallas, TX 75240**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,494.00** |
| 3.65 | Nonpriority creditor's name and mailing address<br>**Data Management, Inc. an RKD Company<br>113 E Main St<br>Stoneville, NC 27048**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$20,594.00** |
| 3.66 | Nonpriority creditor's name and mailing address<br>**Datastrike, LLC<br>2000 Ericsson Drive, Suite 225<br>Warrendale, PA 15086**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,325.00** |
| 3.67 | Nonpriority creditor's name and mailing address<br>**Dayton Geeks, LLC<br>303 E. Market Street<br>Germantown, OH 45327**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,050.00** |

3.68 **Nonpriority creditor's name and mailing address**
**DCG ONE**
**4401 E Marginal Way S**
**Seattle, WA 98134**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,002.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.69 **Nonpriority creditor's name and mailing address**
**DealRoom Inc**
**2045 W Grand Ave**
**Chicago, IL 60612**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,053.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.70 **Nonpriority creditor's name and mailing address**
**Dee Cramer, Inc.**
**4221 E. Baldwin Rd**
**Holly, MI 48442**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,534.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
**Delivery Point Mail Services**
**2500 Enterprise Dr**
**Allen Park, MI 48101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,940.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
**Denny's Heating, Cooling & Refrigeration**
**1831 Austin Drive**
**Troy, MI 48083**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$337.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.73 **Nonpriority creditor's name and mailing address**
**Dickinson Wright PLLC**
**2600 W. Big Beaver**
**Troy, MI 48084**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$225,794.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.74 **Nonpriority creditor's name and mailing address**
**Diecutting Services, Inc**
**PO Box 471**
**Dexter, MI 48130-0471**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$10,072.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.75 **Nonpriority creditor's name and mailing address**
**Dino Rossi**
**3316 Sahalee Dr. W**
**Sammamish, WA 98074-6301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,405.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.76 **Nonpriority creditor's name and mailing address**
**Directional Development**
**22319 Starks Drive**
**Clinton Township, MI 48036**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$9,594.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.77 **Nonpriority creditor's name and mailing address**
**DL Associates LLC**
**5645 Sashabaw Road**
**Clarkston, MI 48346**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$87,051.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.78 **Nonpriority creditor's name and mailing address**
**Domestic Linen Supply Co.**
**3800 18Th St**
**Detroit, MI 48208-2512**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,144.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.79 **Nonpriority creditor's name and mailing address**
**Domestic Uniform Rental**
**3401 Covington Road**
**Kalamazoo, MI 49001**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,844.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.80 **Nonpriority creditor's name and mailing address**
**Donnelly, Lindsay**
**5623 Southwick Street**
**Bethesda, MD 20817**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$833,176.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.81 **Nonpriority creditor's name and mailing address**
**DonorBureau**
**1900 Reston Metro Plz, Ste 600**
**Reston, VA 20190**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$24,605.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| Item | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.82 | **DotDigital Inc**<br>**1261 Broadway, Suite 306**<br>**New York, NY 10001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,207.00** |
| 3.83 | **Double Envelope**<br>**7702 Plantation Rd**<br>**Roanoke, VA 24019**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,966.00** |
| 3.84 | **Dte Energy**<br>**Po Box 740786**<br>**Cincinnati, OH 45274-0786**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,016.00** |
| 3.85 | **EdgeMark Partners, Inc**<br>**4510 Cox Road, Suite 305**<br>**Glen Allen, VA 23060**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$109,659.00** |
| 3.86 | **Edison Electric Institute**<br>**701 Pennsylvania Avenue NW**<br>**Washington, DC 20004**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,500.00** |
| 3.87 | **Enertron LLC**<br>**38251 S. Groesbeck Hwy**<br>**Clinton Township, MI 48036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$129,724.00** |
| 3.88 | **Enru**<br>**3600 Southside Industrial Prkwy, SE**<br>**Atlanta, GA 30354**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$191.00** |

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$148,317.00** |
|---|---|---|---|
| | **Envelope Mart**<br>**2639 Tracy Road**<br>**Northwood, OH 43619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$178,599.00** |
|---|---|---|---|
| | **Envelope Printery**<br>**8979 Samuel Barton Dr**<br>**Van Buren Twp, MI 48111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,620.00** |
|---|---|---|---|
| | **EPACO Direct, Inc.**<br>**100 M Street SE Suite 600**<br>**Washington, DC 20003** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$83,005.00** |
|---|---|---|---|
| | **EPS US LLC**<br>**2401 Smallman St, FL 3**<br>**Pittsburgh, PA 15222** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,057.00** |
|---|---|---|---|
| | **Excel Mailing Services**<br>**6900 English Muffin Way, Suite N**<br>**Frederick, MD 21703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$39,250.00** |
|---|---|---|---|
| | **EZ4USTAFF LLC**<br>**8401 Moller Rd**<br>**Indianapolis, IN 46268** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,160.00** |
|---|---|---|---|
| | **Federal Envelope Company**<br>**608 Country Club Drive**<br>**Bensenville, IL 60106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,603.00** |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>**Ferguson Facilities Supply, HP Products**<br>**P.O. Box 802817**<br>**Chicago, IL 60680-2817**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$783.00** |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>**Figma, Inc.**<br>**760 Market Street Floor 10**<br>**San Francisco, CA 94102**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$120.00** |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>**First Choice Services**<br>**1460 Combermere Dr**<br>**Troy, MI 48083-2743**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$689.00** |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>**Flamingo Label Co. Inc.**<br>**21428 Carlo Dr**<br>**Clinton Township, MI 48038-1512**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,076.00** |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>**FreightCompass**<br>**P.O. Box 8458**<br>**Spring, TX 77387-8458**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,874.00** |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>**Fujifilm Graphics System**<br>**PO Box 2503**<br>**Carol Stream, IL 60132-2503**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,043.00** |

| | | | |
|---|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address**<br>**Fujifilm North America Corporation**<br>**850 Central Avenue**<br>**Hanover Park, IL 60133**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,863.00** |
| 3.104 | **Nonpriority creditor's name and mailing address**<br>**FujiFilm Technical Services**<br>**PO BOX 2503**<br>**Carol Stream, IL 60132-2503**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,221.00** |
| 3.105 | **Nonpriority creditor's name and mailing address**<br>**Fulfillment House**<br>**22880 Glenn Drive Suite 120**<br>**Sterling, VA 20164**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,580.00** |
| 3.106 | **Nonpriority creditor's name and mailing address**<br>**FYLE, INC**<br>**2035 Sunset Lake Road**<br>**Newark, DE 19702**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,396.00** |
| 3.107 | **Nonpriority creditor's name and mailing address**<br>**Geoff Vercnocke**<br>**1775 Bellingham Rd**<br>**Troy, MI 48083**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$165,000.00** |
| 3.108 | **Nonpriority creditor's name and mailing address**<br>**gettyimages**<br>**4363 Collections Center Dr**<br>**Chicago, IL 60693-0001**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,060.00** |
| 3.109 | **Nonpriority creditor's name and mailing address**<br>**Google Adwords**<br>**1600 Amphitheatre Parkway**<br>**Mountain View, CA 94043**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,489.00** |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.110 | **Google Inc.**<br>**P.O. Box 883654**<br>**Los Angeles, CA 90088**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,691.00** |
| 3.111 | **Grafsolve**<br>**PO Box 1185**<br>**Northbrook, IL 60065-1185**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,201.00** |
| 3.112 | **GRM Information Management Service**<br>**9200 East Hampton Drive**<br>**Capitol Heights, MD 20743**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,215.00** |
| 3.113 | **Guardian**<br>**P.O. Box 677458**<br>**Dallas, TX 75267-7458**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,693.00** |
| 3.114 | **Guernsey Office Products**<br>**P.O. Box 10846**<br>**Chantilly, VA 20153**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$484.00** |
| 3.115 | **Harvey & Company, LLC**<br>**5000 Birch Street, Ste. 8500**<br>**Newport Beach, CA 92660**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,750.00** |
| 3.116 | **Health Care Cost Management, Inc.**<br>**PO Box 36730**<br>**Grosse Pointe, MI 48236**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,317.00** |

| | | | |
|---|---|---|---|
| 3.117 | **Nonpriority creditor's name and mailing address**<br>**Heidelberg Usa, Inc.**<br>**P.O.Box 5160**<br>**Carol Stream, IL 60197**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,660.00** |
| 3.118 | **Nonpriority creditor's name and mailing address**<br>**Heritage-Crystal Clean, LLC**<br>**13621 Collections Center Drive**<br>**Chicago, IL 60693-0136**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,334.00** |
| 3.119 | **Nonpriority creditor's name and mailing address**<br>**HITRUST Services Corp**<br>**6175 Main St, Suite 400**<br>**Frisco, TX 75034**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$31,200.00** |
| 3.120 | **Nonpriority creditor's name and mailing address**<br>**Holden Landscaping**<br>**3431 Parkways Blvd.**<br>**Auburn Hills, MI 48326**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,232.00** |
| 3.121 | **Nonpriority creditor's name and mailing address**<br>**Hoosier Security**<br>**7828 E 88 St**<br>**Indianapolis, IN 46256**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$311.00** |
| 3.122 | **Nonpriority creditor's name and mailing address**<br>**HubSpot, Inc.**<br>**PO BOX 419842**<br>**Boston, MA 02241-9842**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,588.00** |
| 3.123 | **Nonpriority creditor's name and mailing address**<br>**ICS**<br>**100 Friars Blvd**<br>**Thorofare, NJ 08086**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$253,824.00** |

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,876.00** |
|---|---|---|---|
| | **Image Direct LLC**<br>**200 Monroe Ave, Bldg4**<br>**Frederick, MD 21701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,262.00** |
|---|---|---|---|
| | **Innovairre/Alaniz**<br>**1805 East Washington Street**<br>**Mount Pleasant, IA 52641**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,849.00** |
|---|---|---|---|
| | **Interlink Cloud Advisors, Inc.**<br>**3510 Irwin Simpson Road**<br>**Mason, OH 45040**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** **For notice purposes**<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|
| | **International Mailing Solutions**<br>**PO Box 2545**<br>**Woburn, MA 01888**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$429,900.00** |
|---|---|---|---|
| | **IQM Corporation**<br>**315 West 36th Street 10th Floor**<br>**New York, NY 10018**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,345.00** |
|---|---|---|---|
| | **IRON MOUNTAIN**<br>**PO BOX 27128**<br>**New York, NY 10087-7128**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address**<br>**Jackson River LLC**<br>**1875 Connecticut Ave NW, 10th Floor**<br>**Washington, DC 20009**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,217.00** |
| 3.132 | **Nonpriority creditor's name and mailing address**<br>**Japs-Olson Company**<br>**7500 Excelsior Blvd**<br>**St Louis Park, MN 55426**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$25,952.00** |
| 3.133 | **Nonpriority creditor's name and mailing address**<br>**Johnson & Wood, LLC**<br>**3419 Pierson Place**<br>**Flushing, MI 48433**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$37,949.00** |
| 3.134 | **Nonpriority creditor's name and mailing address**<br>**Just Install, LLC**<br>**20962 Hinkle Road**<br>**Noblesville, IN 46062**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,300.00** |
| 3.135 | **Nonpriority creditor's name and mailing address**<br>**Katz, Sapper & Miller**<br>**600 E 96th St, Suite 150**<br>**Indianapolis, IN 46240**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$43,850.00** |
| 3.136 | **Nonpriority creditor's name and mailing address**<br>**Kirk Vercnocke**<br>**1810 Cedar Hill Drive**<br>**Bloomfield Hills, MI 48301**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$292,500.00** |
| 3.137 | **Nonpriority creditor's name and mailing address**<br>**KnowBe4, Inc.**<br>**P.O. Box 734977**<br>**Dallas, TX 75373-4977**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,687.00** |

| | | | |
|---|---|---|---|
| 3.138 | Nonpriority creditor's name and mailing address<br>**Koorsen**<br>**2719 N. Arlington Ave.**<br>**Indianapolis, IN 46218**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$213.00** |
| 3.139 | Nonpriority creditor's name and mailing address<br>**Koozie Group**<br>**14421 Myerlake Cir**<br>**Clearwater, FL 33760-2840**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,116.00** |
| 3.140 | Nonpriority creditor's name and mailing address<br>**Kopyrite**<br>**2175 Crooks Rd**<br>**Rochester, MI 48309-3617**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,780.00** |
| 3.141 | Nonpriority creditor's name and mailing address<br>**Lance Graves**<br>**3722 Steiner**<br>**Trenton, MI 48183**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,000.00** |
| 3.142 | Nonpriority creditor's name and mailing address<br>**LaserCom, LLC**<br>**2230 Elliott Dr**<br>**Troy, MI 48083**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$425.00** |
| 3.143 | Nonpriority creditor's name and mailing address<br>**LastPass US LP**<br>**125 High Street, Suite 220**<br>**Boston, MA 02110**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,600.00** |
| 3.144 | Nonpriority creditor's name and mailing address<br>**Lindenmeyr Munroe**<br>**Attn: Mark Schley**<br>**112 Alexandra Way**<br>**Carol Stream, IL 60188**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$77,348.00** |

**3.145** **Nonpriority creditor's name and mailing address**
**List Services Corp**
**83 Wooster Heights Rd Suite 320**
**Danbury, CT 06810**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$218.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** **Nonpriority creditor's name and mailing address**
**Lukens, Todd**
**835 2nd Street**
**Ocean City, NJ 08226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ■ Yes

---

**3.147** **Nonpriority creditor's name and mailing address**
**Lukens, Walter**
**2307 Russell Road**
**Alexandria, VA 22301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ■ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**
**Lukens-Colton Enterprises**
**2307 Russell Road**
**Alexandria, VA 22301**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,790,375.00**
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ■ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**
**Lysis International, Inc.**
**10337 Millport Dr**
**Tampa, FL 33626-1707**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,490.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**
**Maceo Nelson**
**4223 Karen Drive**
**North Charleston, SC 29405**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$480.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**
**Madison County Treasurer**
**16 East 9th Street, Suite 109**
**Anderson, IN 46016-1538**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$35,051.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** **Nonpriority creditor's name and mailing address**
**Marketing Card Technology, LLC**
**1213 Butterfield Rd**
**Downers Grove, IL 60515**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$49,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** **Nonpriority creditor's name and mailing address**
**MBGraphics, Inc.**
**P.O. Box 141531**
**Columbus, OH 43214**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,144.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**
**McKernan, Inc.**
**30596 Groesbeck**
**Roseville, MI 48066**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$260.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**
**Meta-Platforms, Inc**
**1601 Willow Road**
**Menlo Park, CA 94025**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,940.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**
**Michigan Department of Treasury**
**Bankruptcy Claim Unit**
**PO Box 30168**
**Lansing, MI 48909**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$148,739.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.157** **Nonpriority creditor's name and mailing address**
**Michigan Department of Treasury**
**Third Party Withholding Unit**
**PO Box 30785**
**Lansing, MI 48909**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **For notice purposes**
Is the claim subject to offset? ■ No ☐ Yes

---

**3.158** **Nonpriority creditor's name and mailing address**
**Michigan Industrial Belting, Inc**
**31617 Glendale St**
**Livonia, MI 48150**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$534.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

---

**3.159** **Nonpriority creditor's name and mailing address**
**Michigan Paper Die, Inc.**
**632 Harper Ave**
**Detroit, MI 48202-3540**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$6,686.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.160** **Nonpriority creditor's name and mailing address**
**Michigan Unemployment Insurance Agency**
**Attn: Bankruptcy Unit**
**3024 West Grand Blvd, Ste 12-100**
**Detroit, MI 48202**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** **For notice purposes**
Is the claim subject to offset? ■ No ☐ Yes

**3.161** **Nonpriority creditor's name and mailing address**
**Midland Paper, Packaging**
**1140 Paysphere Circle**
**Chicago, IL 60674**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$13,943.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.162** **Nonpriority creditor's name and mailing address**
**Millcraft Paper Co.**
**9010 Rio Nero Dr**
**Independence, OH 44131**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$871,926.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.163** **Nonpriority creditor's name and mailing address**
**Minute Mail Consulting LLC**
**1818 Red Rock Road**
**New Smyrna Beach, FL 32168**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,300.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.164** **Nonpriority creditor's name and mailing address**
**Moore, A Series LLC**
**4200 Parliament Place**
**Lanham, MD 20706**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$156,387.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

**3.165** **Nonpriority creditor's name and mailing address**
**Morales Group Staffing**
**5628 West 74th Street**
**Indianapolis, IN 46278**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$5,666.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.166 **Nonpriority creditor's name and mailing address**
**Morey Consulting**
**424 Church Street**
**Mount Pleasant, SC 29464**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$68,125.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.167 **Nonpriority creditor's name and mailing address**
**Network Depot**
**12040 South Lakes Drive, Suite 202**
**Reston, VA 20191**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,564.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.168 **Nonpriority creditor's name and mailing address**
**New Paradigm Promotional Marketing**
**13770 Merriman Road**
**Livonia, MI 48150**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,503.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.169 **Nonpriority creditor's name and mailing address**
**Nicholas Carr**
**5302 5th St N**
**Arlington, VA 22203**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.170 **Nonpriority creditor's name and mailing address**
**Nick & B's Auto - Truck**
**2811 Broadway**
**Anderson, IN 46012**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,449.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.171 **Nonpriority creditor's name and mailing address**
**Nicole for New York**
**PO Box 60487**
**Staten Island, NY 10306**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,688.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

3.172 **Nonpriority creditor's name and mailing address**
**Nova Label Co, Inc.**
**4819 Lydell Rd**
**Cleverly, MD 20781**
**Date(s) debt was incurred _**
**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,933.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim: _**
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address**<br>**Nova List Company, LLC**<br>**20130 Lakeview Center Plaza Suite 300**<br>**Ashburn, VA 20147**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$11,281.00** |
| 3.174 | **Nonpriority creditor's name and mailing address**<br>**NuTechs, LLC**<br>**41000 Woodward Avenue**<br>**Bloomfield Hills, MI 48304**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$36,965.00** |
| 3.175 | **Nonpriority creditor's name and mailing address**<br>**Ohio Envelope Manufacturing Company**<br>**5161 West 164th Street**<br>**Brookpark, OH 44142**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$8,029.00** |
| 3.176 | **Nonpriority creditor's name and mailing address**<br>**One Stop Mail**<br>**1856 E 6th St**<br>**Tempe, AZ 85288**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,490.00** |
| 3.177 | **Nonpriority creditor's name and mailing address**<br>**OnPoint Data Strategy, LLC**<br>**20130 Lakeview Center Plaza Suite 300**<br>**Ashburn, VA 20147**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,955.00** |
| 3.178 | **Nonpriority creditor's name and mailing address**<br>**Opinions Ltd**<br>**Accounts Receivable**<br>**31 South Franklin St**<br>**Chagrin Falls, OH 44022**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,296.00** |
| 3.179 | **Nonpriority creditor's name and mailing address**<br>**Optical Media Manufacturing, Inc.**<br>**1033rd Ave SW**<br>**Carmel, IN 46032**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$84,895.00** |

| Entry | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.180 | **Oracle America, Inc.**<br>**500 Oracle Parkway**<br>**Redwood Shores, CA 94065**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,700.00** |
| 3.181 | **P2P Messaging Solutions**<br>**1390 Chain Bridge Road, Suite 54**<br>**Mc Lean, VA 22101-3904**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$32,616.00** |
| 3.182 | **Packaging Equipment**<br>**15261 Stony Creek Way**<br>**Noblesville, IN 46060**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$13,835.00** |
| 3.183 | **Packaging Plus, Inc.**<br>**2528 Elizabeth Lake Rd**<br>**Waterford, MI 48328-3312**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$433.00** |
| 3.184 | **Path2Response LLC**<br>**390 Interlocken Crescent, Suite 350**<br>**Broomfield, CO 80021**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$15,604.00** |
| 3.185 | **Person 2 Person Messaging**<br>**2800 S Shirlington Road Suite 900**<br>**Arlington, VA 22206**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$74,500.00** |
| 3.186 | **Phoenix Lithographing Corporation**<br>**11631 Caroline Road**<br>**Philadelphia, PA 19154-2121**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,214.00** |

| | | | |
|---|---|---|---|
| 3.187 | Nonpriority creditor's name and mailing address<br>**Pitney Bowes**<br>**27 Waterview Dr**<br>**Shelton, CT 06484**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$12,833.00** |
| 3.188 | Nonpriority creditor's name and mailing address<br>**Planet Direct Mail**<br>**11050 Challenger Ct.**<br>**Manassas, VA 20101**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$47,960.00** |
| 3.189 | Nonpriority creditor's name and mailing address<br>**Platinum Converting, Inc**<br>**1560 W. Stearns Road**<br>**Bartlett, IL 60103**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,026.00** |
| 3.190 | Nonpriority creditor's name and mailing address<br>**Political Donors LLC**<br>**50 Fountain Plaza, Suite 1400**<br>**Buffalo, NY 14202**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$40,814.00** |
| 3.191 | Nonpriority creditor's name and mailing address<br>**Postmaster**<br>**16925 Masonic Blvd**<br>**Fraser, MI 48026**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$18,200.00** |
| 3.192 | Nonpriority creditor's name and mailing address<br>**Preferred Communications**<br>**130 Sebastians Run**<br>**Austin, TX 78735**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,025.00** |
| 3.193 | Nonpriority creditor's name and mailing address<br>**Premier Label Co., Inc.**<br>**P.O. Box 10584**<br>**Fort Wayne, IN 46853-0584**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes | **$10,450.00** |

3.194 **Nonpriority creditor's name and mailing address**
**PressSense Films, LLC**
**PO Box 725**
**Lemont, IL 60439**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,120.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.195 **Nonpriority creditor's name and mailing address**
**Printware LLC**
**2935 Waters Rd Suite #160**
**Eagan, MN 55121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,415.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.196 **Nonpriority creditor's name and mailing address**
**Priority Health**
**3915 Momentum Place**
**Chicago, IL 60689-5339**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$302,696.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.197 **Nonpriority creditor's name and mailing address**
**ProLift Toyota Material Handling**
**P.O. Box 772679**
**Detroit, MI 48277-2679**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$234.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.198 **Nonpriority creditor's name and mailing address**
**Quad**
**N61 W23044 Harry's Way**
**Sussex, WI 53089-3995**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$390,463.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.199 **Nonpriority creditor's name and mailing address**
**Qualys Inc.**
**919 E Hillsdale Blvd, 4th Floor**
**Foster City, CA 94404**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,961.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.200 **Nonpriority creditor's name and mailing address**
**Quantum Group**
**6511 Oakton Street**
**Morton Grove, IL 60053**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$12,500.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address**<br>**Quincy Recycle**<br>**526 South 6th St**<br>**Quincy, IL 62301**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$3,739.00** |
| 3.202 | **Nonpriority creditor's name and mailing address**<br>**R R Donnelley**<br>**227 W Monroe, Suite 500**<br>**Chicago, IL 60606**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$90,861.00** |
| 3.203 | **Nonpriority creditor's name and mailing address**<br>**R. Simon Electric**<br>**38251 S. Groesbeck**<br>**Clinton Township, MI 48036**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,975.00** |
| 3.204 | **Nonpriority creditor's name and mailing address**<br>**Radcliffe Partners LLC**<br>**34 Radcliffe Street**<br>**Charleston, SC 29403**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,493.00** |
| 3.205 | **Nonpriority creditor's name and mailing address**<br>**Raymond Leasing Corporation**<br>**22 South Canal Street**<br>**Greene, NY 13778-0130**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$547.00** |
| 3.206 | **Nonpriority creditor's name and mailing address**<br>**RMZ Consulting, LLC**<br>**1857 Golf Course Lane**<br>**Martinsville, IN 46151**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,310.00** |
| 3.207 | **Nonpriority creditor's name and mailing address**<br>**Robert Half**<br>**2884 Sand Hill Road, Suite 200**<br>**Menlo Park, CA 94025**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$58,652.00** |

| | | | |
|---|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address**<br>**Rock Solid Concrete & Landscaping**<br>**4604 Columbus Ave.**<br>**Anderson, IN 46013**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,720.00** |
| 3.209 | **Nonpriority creditor's name and mailing address**<br>**Roosevelt Paper Company**<br>**1 Roosevelt Dr**<br>**Mount Laurel, NJ 08054**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$43,897.00** |
| 3.210 | **Nonpriority creditor's name and mailing address**<br>**Rose Pest Solutions**<br>**P.O. Box 71400**<br>**Madison Heights, MI 48071-0401**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$433.00** |
| 3.211 | **Nonpriority creditor's name and mailing address**<br>**Royal Envelope**<br>**4114 South Peoria Street**<br>**Chicago, IL 60609-2521**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,776.00** |
| 3.212 | **Nonpriority creditor's name and mailing address**<br>**RSM US LLP**<br>**5155 Paysphere Circle**<br>**Chicago, IL 60674**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$175,750.00** |
| 3.213 | **Nonpriority creditor's name and mailing address**<br>**RST Marketing Associates, Inc.**<br>**1272 Corporate Park Drive**<br>**Forest, VA 24551**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$48,589.00** |
| 3.214 | **Nonpriority creditor's name and mailing address**<br>**RXO**<br>**11215 North Community House Road**<br>**Charlotte, NC 28277**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,065.00** |

| | | | |
|---|---|---|---|
| 3.215 | **Nonpriority creditor's name and mailing address**<br>**Sanmar**<br>**P.O. BOX 643693**<br>**Cincinnati, OH 45264-3693**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$4,914.00** |
| 3.216 | **Nonpriority creditor's name and mailing address**<br>**Sb Finishing**<br>**6844 Hawthorn Park Drive**<br>**Indianapolis, IN 46220**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$911.00** |
| 3.217 | **Nonpriority creditor's name and mailing address**<br>**Secom LLC**<br>**10240 Old Columbia Rd Suite H**<br>**Columbia, MD 21046**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,709.00** |
| 3.218 | **Nonpriority creditor's name and mailing address**<br>**Shirlington Property Owners LLC**<br>**1812 North Moore St., Suite 1150**<br>**Arlington, VA 22209**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$329,735.00** |
| 3.219 | **Nonpriority creditor's name and mailing address**<br>**Sierra Constellation Partners, LLC**<br>**101 Creekside Crossing**<br>**Brentwood, TN 37027**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,870.00** |
| 3.220 | **Nonpriority creditor's name and mailing address**<br>**Signs & More**<br>**1371 Souter Drive**<br>**Troy, MI 48083**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$960.00** |
| 3.221 | **Nonpriority creditor's name and mailing address**<br>**Simio Cloud, LLC**<br>**4200 Parliament Place, Suite 300**<br>**Lanham, MD 20706**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$28,412.00** |

| | | | |
|---|---|---|---|
| 3.222 | **Nonpriority creditor's name and mailing address**<br>**Sirven Software Solution, LLC**<br>**21369 SW 92nd Ave**<br>**Miami, FL 33189**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,800.00** |
| 3.223 | **Nonpriority creditor's name and mailing address**<br>**Skyline Technical Services, Inc**<br>**PO Box 1122**<br>**Frankfort, IL 60423**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,134.00** |
| 3.224 | **Nonpriority creditor's name and mailing address**<br>**Smartmail Of Austin Inc.**<br>**2011 Anchor Lane**<br>**Austin, TX 78723-5712**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$6,670.00** |
| 3.225 | **Nonpriority creditor's name and mailing address**<br>**SMS Direct, Inc.**<br>**8461 Virginia Meadows Drive**<br>**Manassas, VA 20109**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$182,982.00** |
| 3.226 | **Nonpriority creditor's name and mailing address**<br>**SnailWorks, LLC**<br>**PO Box 528**<br>**Frederick, MD 21701**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$9,595.00** |
| 3.227 | **Nonpriority creditor's name and mailing address**<br>**Snap Surveys Nh Inc**<br>**1 New Hampshire Ave, Suite 125**<br>**Portsmouth, NH 03801**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$5,021.00** |
| 3.228 | **Nonpriority creditor's name and mailing address**<br>**Solimar Systems Inc**<br>**1515 Second Ave**<br>**San Diego, CA 92101**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,558.00** |

3.229 **Nonpriority creditor's name and mailing address**
**Spectrum Marketing Companies**
**95 Eddy Road, Suite 101**
**Manchester, NH 03102**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$358,856.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.230 **Nonpriority creditor's name and mailing address**
**Storm Creek**
**915 Blue Gentian Rd.**
**Eagan, MN 55121**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,548.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.231 **Nonpriority creditor's name and mailing address**
**Stouse**
**300 New Century Parkway**
**New Century, KS 66031**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$3,996.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.232 **Nonpriority creditor's name and mailing address**
**Stylecraft Printing**
**PO Box 841741**
**Dallas, TX 75284-1741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,150.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.233 **Nonpriority creditor's name and mailing address**
**Stylerite Label Corporation**
**2140 Avon Industrial Drive**
**Rochester, MI 48309**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,196.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.234 **Nonpriority creditor's name and mailing address**
**Sunrise Packaging, Inc.**
**1214 98th Avenue NE**
**Blaine, MN 55434**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$38,007.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.235 **Nonpriority creditor's name and mailing address**
**Superior Envelope Company**
**1600 W. Markland Ave**
**Kokomo, IN 46901**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$17,378.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,351.00** |
|---|---|---|---|
| | **Techmode**<br>**1091 Centre Rd.**<br>**Auburn Hills, MI 48326** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$389.00** |
|---|---|---|---|
| | **Technotrans America, Inc**<br>**P.O.Box 5815**<br>**Carol Stream, IL 60197-5815** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,946.00** |
|---|---|---|---|
| | **Tecnau Inc.**<br>**PO Box 674707**<br>**Detroit, MI 48267-4707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,998.00** |
|---|---|---|---|
| | **The Advantage Software Company, LLC**<br>**128 E Exchange Ave, Ste 700**<br>**Fort Worth, TX 76164** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$52,952.00** |
|---|---|---|---|
| | **The Dot Printer**<br>**2424 McGaw Ave.**<br>**Irvine, CA 92614** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,879.00** |
|---|---|---|---|
| | **The Hartford**<br>**PO Box 660916**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$525,365.00** |
|---|---|---|---|
| | **The Mail Haus Inc**<br>**1745 Suburban Dr.**<br>**De Pere, WI 54115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

3.243 **Nonpriority creditor's name and mailing address**
**The Monaco Group**
**1011 S. Linwood Avenue**
**Santa Ana, CA 92705**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$44,331.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.244 **Nonpriority creditor's name and mailing address**
**The Office People**
**3129 W Montague Avenue**
**North Charleston, SC 29418**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$612.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.245 **Nonpriority creditor's name and mailing address**
**Three-Z Printing Co.**
**902 W. Main Street**
**Teutopolis, IL 62467**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$498,080.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.246 **Nonpriority creditor's name and mailing address**
**Thrust Industries**
**10334 Hedden Road**
**Evansville, IN 47725**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$72,164.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.247 **Nonpriority creditor's name and mailing address**
**TMA Direct**
**2311 Wilson Blvd, 2nd floor**
**Arlington, VA 22201**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$11,440.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.248 **Nonpriority creditor's name and mailing address**
**Todd Lukens**
**835 2nd Street**
**Ocean City, NJ 08226**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$175,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.249 **Nonpriority creditor's name and mailing address**
**TrueSense Marketing, Inc.**
**502 Keystone Drive**
**Warrendale, PA 15086**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$127,045.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.250 **Nonpriority creditor's name and mailing address**
**TruGreen**
**PO Box 9001033**
**Louisville, KY 40290-1033**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$219.00**

3.251 **Nonpriority creditor's name and mailing address**
**U.S. Safety Standard**
**PO Box 21145**
**Fort Lauderdale, FL 33335**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$1,300.00**

3.252 **Nonpriority creditor's name and mailing address**
**Uline**
**12575 Uline Dr**
**Pleasant Prairie, WI 53158**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$26,827.00**

3.253 **Nonpriority creditor's name and mailing address**
**Uline Shipping Supply Specialists**
**P.O. Box 88741**
**Chicago, IL 60680-1741**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$5,214.00**

3.254 **Nonpriority creditor's name and mailing address**
**Unionwear**
**305 3rd Ave W #5**
**Newark, NJ 07107**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$1,295.00**

3.255 **Nonpriority creditor's name and mailing address**
**United Business Mail. Inc.**
**PO Box 850900**
**Minneapolis, MN 55485-0900**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$3,377.00**

3.256 **Nonpriority creditor's name and mailing address**
**United States Post Office - Indianapolis**
**125 W. South St.**
**Indianapolis, IN 46206-9997**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _
**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes
**$6,973.00**

| | | | |
|---|---|---|---|
| 3.257 | **Nonpriority creditor's name and mailing address**<br>**UPS**<br>**55 Glenlake Parkway, NE**<br>**Atlanta, GA 30328**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$14,252.00** |
| 3.258 | **Nonpriority creditor's name and mailing address**<br>**Valley Printing Logistics**<br>**160 S. Sheridan PO Box 298**<br>**Valley Center, KS 67147**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,220.00** |
| 3.259 | **Nonpriority creditor's name and mailing address**<br>**Vendors Source, Inc.**<br>**1955 Stephenson Hwy Ste D**<br>**Troy, MI 48083-2166**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$572.00** |
| 3.260 | **Nonpriority creditor's name and mailing address**<br>**Vera Data Holding, LLC**<br>**1634 47th Street**<br>**Cape Coral, FL 33904**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$67,970.00** |
| 3.261 | **Nonpriority creditor's name and mailing address**<br>**Verified Credentials**<br>**20890 Kenbridge Court**<br>**Lakeville, MN 55044**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$135.00** |
| 3.262 | **Nonpriority creditor's name and mailing address**<br>**Veritiv Operating Company**<br>**7472 Collection Center Drive**<br>**Chicago, IL 60693**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$26,842.00** |
| 3.263 | **Nonpriority creditor's name and mailing address**<br>**Verizon Wireless**<br>**1095 Avenue of the Americas**<br>**New York, NY 10036**<br>**Date(s) debt was incurred _**<br>**Last 4 digits of account number _** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim: _**<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,294.00** |

| | | | |
|---|---|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address**<br>**Veryable, Inc**<br>**2019 N Lamar St**<br>**Dallas, TX 75202**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$72,624.00** |
| 3.265 | **Nonpriority creditor's name and mailing address**<br>**Victor Envelope Company**<br>**301 Arthur Court**<br>**Bensenville, IL 60106**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$74,003.00** |
| 3.266 | **Nonpriority creditor's name and mailing address**<br>**Vision Direct**<br>**2222 Enterprise Park Place**<br>**Indianapolis, IN 46218**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$672.00** |
| 3.267 | **Nonpriority creditor's name and mailing address**<br>**VVM Holdings, LLC**<br>**16039 Hart St**<br>**Lake Balboa, CA 91406**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$150,878.00** |
| 3.268 | **Nonpriority creditor's name and mailing address**<br>**Waste Management Of Michigan**<br>**Po Box 4648**<br>**Carol Stream, IL 60197-4648**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$1,039.00** |
| 3.269 | **Nonpriority creditor's name and mailing address**<br>**Webster Chamberlain & Bean**<br>**1747 Pennsylvania Ave NW**<br>**Washington, DC 20006**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$7,152.00** |
| 3.270 | **Nonpriority creditor's name and mailing address**<br>**Welch Packaging Group**<br>**PO Box 856421**<br>**Minneapolis, MN 55485-6421**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$2,338.00** |

3.271 **Nonpriority creditor's name and mailing address**
**Wells Fargo Vendor Financial ServicesLLC**
**1961 Hirst Dr**
**Moberly, MO 65270**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$408.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.272 **Nonpriority creditor's name and mailing address**
**Western States Envelope**
**P.O. Box 205216**
**Dallas, TX 75320-5216**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$28,417.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.273 **Nonpriority creditor's name and mailing address**
**WexBank**
**1 Hancock Street**
**Portland, ME 04101**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$4,452.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.274 **Nonpriority creditor's name and mailing address**
**Wheaton Van Lines**
**8010 Castleton Road**
**Indianapolis, IN 46250**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$1,943.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.275 **Nonpriority creditor's name and mailing address**
**Whittier Mailing Product Inc.**
**13019 Park Street**
**Santa Fe Springs, CA 90670-4005**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$2,262.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.276 **Nonpriority creditor's name and mailing address**
**Wiland Inc.**
**7420 E Dry Creek Pkwy**
**Longmont, CO 80503**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$39,549.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

3.277 **Nonpriority creditor's name and mailing address**
**Wilco Enterprises**
**P.O. Box 4324**
**Chatsworth, CA 91311**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$14,868.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|---|---|---|---|
| 3.278 | **Nonpriority creditor's name and mailing address**<br>**Wilcox Bros. Lawn Sprinklers**<br>**85 Minnesota**<br>**Troy, MI 48083**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$458.00** |
| 3.279 | **Nonpriority creditor's name and mailing address**<br>**Woodland Papers**<br>**50785 Pontiac Trl**<br>**Wixom, MI 48393-2034**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$147,571.00** |
| 3.280 | **Nonpriority creditor's name and mailing address**<br>**ZRG Partners, LLC**<br>**69 Milk Street, Suite 304**<br>**Westborough, MA 01581**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ■ No ☐ Yes | **$57,167.00** |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **U.S. Attorney**<br>**Attn: Civil Division**<br>**211 W. Fort St., Ste. 2001**<br>**Detroit, MI 48226** | Line **3.127**<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. | + | $ **18,791,672.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ **18,791,672.00** |